**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMIL SPELLER,

                Petitioner,        16 **CIVIL** 1884 (LTS)
                                     13 **CR.** 986 (LTS)

   -against-

                                      **JUDGMENT**

UNITED STATES OF AMERICA,
                Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated April 23, 2020, Petitioner's motion brought pursuant to 28 U.S.C. § 2255 is denied in its entirety; Petitioner may not appeal this order unless "a circuit justice or judge issues a certificate of appealability;" 28 U.S.C.S. § 2253(c)(1) (LexisNexis 2008). A certificate will be granted "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.S. § 2253(c)(2) (LexisNexis 2008); see generally United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997) (discussing the standard for issuing a certificate of appealability). The Court finds that Petitioner will not be able to sustain this burden. The Court declines to issue a certificate of appealability, and case No. 16-CV-1884 is closed.

**DATED:**  New York, New York
            April 27, 2020

                                                     **RUBY J. KRAJICK**
                                                    _____
                                                          Clerk of Court
                                      **BY:**
                                                         _____
                                                           Deputy Clerk